## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>F-SQUARED INVESTMENT MANAGEMENT, LLC, et al.,<br><br>                                  Debtors | **Chapter 11**<br><br>**Case No. 15-11469 (LSS)**<br><br>**(Jointly Administered)** |
| Craig Jalbert, in his Capacity as Trustee for F2 Liquidating Trust,<br><br>                            Plaintiff<br><br>v.<br><br>George McClelland<br><br>                            Defendant | Adv. Pro No. 17-50758-LSS |

## DEFENDANT'S MOTION TO DISMISS ADVERSARY COMPLAINT

George McClelland (the "Defendant"), by and through his undersigned counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable to these adversary proceedings pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, hereby moves for an order dismissing the Complaint filed by Craig Jalbert, in his Capacity as Trustee for F2 Liquidating Trust, in the above captioned adversary proceedings because the Complaint fail to state a claim upon which relief can be granted.

In support, the Defendant relies upon and incorporates the contemporaneously filed *Memorandum in Support of Motion to Dismiss* (the "Memorandum of Law").

Pursuant to Local Rule 7012-1, Defendant does not consent to the entry of final orders or judgments by the Court if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

WHEREFORE, for all the reasons set forth in the Memorandum of Law, Defendant respectfully requests that this Court enter an order, substantially in the form attached hereto, that dismisses all counts in the Complaint against the Defendant, with prejudice, and grants the Defendant such additional and further relief as the Court may deem just and proper.

*[Remainder of page intentionally left blank]*

Dated: November 7, 2017
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ D. Ryan Slaugh*
Jeremy W. Ryan (DE Bar No. 4057)
D. Ryan Slaugh (DE Bar No. 6325)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE  19801
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192
Email:  jryan@potteranderson.com
             rslaugh@potterandercon.com

-and-

Joseph A. Foster
**MCLANE   MIDDLETON,   PROFESSIONAL
ASSOCIATION**
900 Elm Street, P.O. Box 326
Manchester, NH 03105-0326
Telephone: (603) 628-1175
Facsimile: (603) 625-5650
Email:  joseph.foster@mclane.com

*Counsel to George McClelland*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>F-SQUARED INVESTMENT MANAGEMENT, LLC, et al.,<br><br>     Debtors | **Chapter 11**<br><br>**Case No. 15-11469 (LSS)**<br><br>**(Jointly Administered)** |
| Craig Jalbert, in his Capacity as Trustee for F2 Liquidating Trust,<br><br>     Plaintiff<br><br>v.<br><br>George McClelland<br><br>     Defendant | Adv. Pro No. 17-50758-LSS |

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS
## ADVERSARY COMPLAINT

Upon consideration of the *Defendant's Motion to Dismiss Adversary Complaint* (the "Motion") filed by the Defendant[1] pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable herein by Rule 7012(b) of the Federal Rules of Bankruptcy Procedure; and upon consideration of any opposition submitted in response thereto; and the Court having found upon review of the submissions by the parties that sufficient cause exists in support of the relief requested by the Motion;

**IT IS HEREBY ORDERED THAT:**

1.  The Complaint against the Defendant is dismissed with prejudice.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion filed contemporaneously herewith.

2.      This Court shall retain jurisdiction to interpret and implement the provisions of this

Order.

Dated: _____, 2017
          Wilmington, Delaware

                                                    _____
                                                    THE HONORABLE LAURIE SELBER SILVERSTEIN
                                                    UNITED STATES BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>F-SQUARED INVESTMENT MANAGEMENT,<br>LLC, et al.,<br><br>Debtors | **Chapter 11**<br><br>**Case No. 15-11469 (LSS)**<br><br>**(Jointly Administered)** |
| Craig Jalbert, in his Capacity as Trustee for F2<br>Liquidating Trust,<br><br>Plaintiff<br><br>v.<br><br>Agnes Carol McClelland<br>Ann Aghababian<br>Charles Hart<br>Geordie McClelland<br>George McClelland<br>Graham Hart<br>Hazel McClelland<br>Jacquelyn McClelland<br>Lindsay Hart<br>Lindsay McClelland<br>McClelland Irrevocable Grantor Trust<br>Quinn McClelland Hart<br>Defendants | Adv. Pro No. 17-50718-LSS<br>Adv. Pro No. 17-50719-LSS<br>Adv. Pro No. 17-50722-LSS<br>Adv. Pro No. 17-50755-LSS<br>Adv. Pro No. 17-50758-LSS<br>Adv. Pro No. 17-50767-LSS<br>Adv. Pro No. 17-50772-LSS<br>Adv. Pro No. 17-50786-LSS<br>Adv. Pro No. 17-50849-LSS<br>Adv. Pro No. 17-50850-LSS<br>Adv. Pro No. 17-50854-LSS<br>Adv. Pro No. 17-50859-LSS |

## CERTIFICATE OF SERVICE

I, D. Ryan Slaugh, hereby certify that I am not less than 18 years of age and that on this 7th

day of November 2017, I caused a true and correct copy of the foregoing **Defendants' Motion to**

**Dismiss Adversary Complaint** to be served upon the parties on the attached service list in the

manner indicated.

Under penalty of perjury, I declare the foregoing is true and correct.

Dated:  November 7, 2017          **POTTER ANDERSON & CORROON LLP**
       Wilmington, Delaware

                             */s/ D. Ryan Slaugh*
                             Jeremy W. Ryan (DE Bar No. 4057)
                             D. Ryan Slaugh (DE Bar No. 6325)
                             1313 North Market Street, Sixth Floor
                             P.O. Box 951
                             Wilmington, DE  19899-0951
                             Telephone:  (302) 984-6000
                             Facsimile:  (302) 658-1192
                             Email: jryan@potteranderson.com
                                     rslaugh@potteranderson.com

## **SERVICE LIST**

William R. Baldiga
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036

Frederick B. Rosner
THE ROSNER LAW GROUP LLC
824 N. Market Street
Suite 810
Wilmington, DE 19801