# EXHIBIT A

| | Charles Hart | Geordie McClelland | Graham Hart | Hazel McClelland | Jacquelyn McClelland | Lindsay Hart | McClelland Irrevocable Grantor Trust | Quinn McClelland Hart | Lindsay McClelland | George McClelland | Agnes Carol McClelland | Ann Aghababian |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | F-SQUARED INVESTMENT MANGEMENT, LLC PAYMENTS ISSUED |
| 8/29/13 | 12,549.00t | 12,549.00t | 10,922.00t | 10,922.00t | 12,549.00t | 12,549.00t | 25,088.00t | 10,922.00t | 12,549.00t | 206,021.00t | 5,519.00t | 10,515.00t |
| 12/5/13 | 12,549.00t | 12,549.00t | 10,922.00t | 10,922.00t | 12,549.00t | 12,549.00t | 25,088.00t | 10,922.00t | 12,549.00t | 206,021.00t | 5,519.00t | 10,515.00t |
| 1/16/14 | 33,000.00p | | 33,000.00p | | 33,000.00p | 33,000.00p | 150,000.00p | 33,000.00p | | 399,861.90p | | 27,747.15p |
| 1/17/14 | | 33,000.00p | | 33,000.00p | | | | | 33,000.00p | | 33,000.00p | |
| 2/6/14 | | | | | | | | | | 75,000.00b | | |
| 3/25/14 | 88,054.00t | | 94,562.00t | | 88,053.00t | 88,054.00t | 528,054.00t | 94,562.00t | | 851,089.00t | | 74,183.00t |
| 3/27/14 | | 88,054.00t | | 94,562.00t | | | | | 88,054.00t | | 116,174.00t | |
| 4/3/14 | 8,525.00t | | 8,525.00t | | 8,525.00t | 8,525.00t | 38,751.00t | 8,525.00t | | 103,299.00t | | 7,168.00t |
| 4/8/14 | | 8,525.00t | | 8,525.00t | | | | | 8,525.00t | | 8,525.00t | |
| 6/5/14 | 31,658.00t | | 31,658.00t | | 31,657.00t | 31,658.00t | 143,897.00t | 31,658.00t | | 383,592.00t | | 26,618.00t |
| 6/9/14 | | 31,658.00t | | 31,568.00t | | | | | 31,658.00t | | 31,658.00t | |
| 9/4/14 | | | | | 3,1657.00t | | 143,897.00t | | | 383,592.00t/pr | | |
| 9/8/14 | 31,658.00t | 31,658.00t | 31,658.00t | 31,568.00t | | 31,658.00t | | 31,658.00t | 31,658.00t | | 31,658.00t | 26,618.00t |
| 10/30/14 | | | | | | | | | | 86,184.00r/pr | | |
| Total | 217,993.00 | 217,993.00 | 221,247.00 | 221,067.00 | 217,990.00 | 217,993.00 | 1,054,775.00 | 221,247.00 | 217,993.00 | 2,694,659.90 | 232,053.00 | 183,364.15 |

**GRAND TOTAL-------------- $5,918,375.05**

**Legend:** Tax Distribution = t  Profit Distribution = p  Repurchase = r  Bonus = b  Alleged Insider Preference = pr

12852698