# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>F-SQUARED INVESTMENT MANAGEMENT, LLC, et al.,<br><br>       Debtors | **Chapter 11**<br><br>**Case No. 15-11469 (LSS)**<br><br>**(Jointly Administered)** |
| Craig Jalbert, in his Capacity as Trustee for F2 Liquidating Trust,<br><br>       Plaintiff<br><br>v.<br><br>Agnes Carol McClelland<br>Ann Aghababian<br>Charles Hart<br>Geordie McClelland<br>George McClelland<br>Graham Hart<br>Hazel McClelland<br>Jacquelyn McClelland<br>Lindsay Hart<br>Lindsay McClelland<br>McClelland Irrevocable Grantor Trust<br>Quinn McClelland Hart<br>       Defendants | Adv. Pro No. 17-50718-LSS<br>Adv. Pro No. 17-50719-LSS<br>Adv. Pro No. 17-50722-LSS<br>Adv. Pro No. 17-50755-LSS<br>Adv. Pro No. 17-50758-LSS<br>Adv. Pro No. 17-50767-LSS<br>Adv. Pro No. 17-50772-LSS<br>Adv. Pro No. 17-50786-LSS<br>Adv. Pro No. 17-50849-LSS<br>Adv. Pro No. 17-50850-LSS<br>Adv. Pro No. 17-50854-LSS<br>Adv. Pro No. 17-50859-LSS |

## CERTIFICATE OF SERVICE

I, D. Ryan Slaugh, hereby certify that I am not less than 18 years of age and that on this 7th day of November 2017, I caused a true and correct copy of the foregoing **Memorandum in Support of Motion to Dismiss** to be served upon the parties on the attached service list in the manner indicated.

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: November 7, 2017  
      Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ D. Ryan Slaugh*  
Jeremy W. Ryan (DE Bar No. 4057)  
D. Ryan Slaugh (DE Bar No. 6325)  
1313 North Market Street, Sixth Floor  
P.O. Box 951  
Wilmington, DE  19899-0951  
Telephone: (302) 984-6000  
Facsimile: (302) 658-1192  
Email: jryan@potteranderson.com  
       rslaugh@potteranderson.com

## SERVICE LIST

William R. Baldiga  
BROWN RUDNICK LLP  
7 Times Square  
New York, NY 10036

Frederick B. Rosner  
THE ROSNER LAW GROUP LLC  
824 N. Market Street  
Suite 810  
Wilmington, DE 19801