**CERTIFICATE OF SERVICE**

I, D. Ryan Slaugh, hereby certify that I am not less than 18 years of age and that on this 19th day of January 2018, I caused a true and correct copy of the foregoing **Reply in Support of Motion to Dismiss** to be served upon the parties listed below in the manner indicated:

| *Via Hand Delivery* | *Via First Class Mail, Postage Pre-Paid* |
|---|---|
| THE ROSNER LAW GROUP LLC | BROWN RUDNICK LLP |
| Frederick B. Rosner, Esq. | William R. Baldiga, Esq. |
| Jason A. Gibson, Esq. | Sharon I. Dwoskin, Esq. |
| 824 N. Market Street, Suite 810 | Sunni P. Beville, Esq. |
| Wilmington, Delaware 19801 | One Financial Center |
|  | Boston, MA 02111 |

Under penalty of perjury, I declare the foregoing is true and correct.

**POTTER ANDERSON & CORROON LLP**

*/s/ D. Ryan Slaugh*
D. Ryan Slaugh (DE Bar No. 6325)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE  19801
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192
Email:  rslaugh@potterandercon.com