# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| F-SQUARED INVESTMENT ) | |
| MANAGEMENT, LLC, *et al.*, ) | Case No. 15-11469 (LSS) |
| ) | Jointly Administered |
| Debtors ) | |
| ) | |
| Craig Jalbert, in his Capacity as Trustee for F2 ) | |
| Liquidating Trust, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | |
| ) | |
| Agnes Carol McClelland ) | Adv. Pro No. 17-50718-LSS |
| Ann Aghababian ) | Adv. Pro No. 17-50719-LSS |
| Charles Hart ) | Adv. Pro No. 17-50722-LSS |
| Geordie McClelland ) | Adv. Pro No. 17-50755-LSS |
| George McClelland ) | Adv. Pro No. 17-50758-LSS |
| Graham Hart ) | Adv. Pro No. 17-50767-LSS |
| Hazel McClelland ) | Adv. Pro No. 17-50772-LSS |
| Jacquelyn McClelland ) | Adv. Pro No. 17-50786-LSS |
| Lindsay Hart ) | Adv. Pro No. 17-50849-LSS |
| Lindsay McClelland ) | Adv. Pro No. 17-50850-LSS |
| McClelland Irrevocable Grantor Trust ) | Adv. Pro No. 17-50854-LSS |
| Quinn McClelland Hart ) | Adv. Pro No. 17-50859-LSS |
| ) | |
| Defendants ) | |
| ) | |

## DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendants George McClelland, Charles Hart, Geordie McClelland, Graham Hart, Hazel McClelland, Jacquelyn McClelland, Lindsay Hart, McClelland Irrevocable Grantor Trust, Quinn McClelland Hart, Lindsay McClelland, Agnes Carol McClelland, and Ann Aghababian (collectively, the "Defendants") hereby move for partial summary judgment pursuant to Federal Rule of Civil Procedure 56, made applicable to this adversary proceeding by Bankruptcy Rule 7056, denying the Trustee's claims that the "Tax Distributions" at issue are recoverable as

fraudulent transfers. There exists no genuine issue of material fact, and Defendants are entitled to judgment as a matter of law.

In support of their motion, Defendants have filed contemporaneously herewith the *Memorandum in Support of Motion for Partial Summary Judgment by Defendants*.

| | |
|---|---|
| Dated: October 23, 2018<br>Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>*/s/ R. Stephen McNeill*<br>Jeremy W. Ryan (DE Bar No. 4057)<br>R. Stephen McNeill (DE Bar No. 5210)<br>D. Ryan Slaugh (DE Bar No. 6325)<br>1313 North Market Street, Sixth Floor<br>P.O. Box 951<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: jryan@potteranderson.com<br>  rmcneill@potteranderson.com<br>  rslaugh@potterandercon.com<br><br>-and-<br><br>Joseph A. Foster<br>**MCLANE MIDDLETON, PROFESSIONAL ASSOCIATION**<br>900 Elm Street, P.O. Box 326<br>Manchester, NH 03105-0326<br>Telephone: (603) 628-1175<br>Facsimile: (603) 625-5650<br>Email: joseph.foster@mclane.com<br><br>*Counsel for George McClelland, Charles Hart, Geordie McClelland, Graham Hart, Hazel McClelland, Jacquelyn McClelland, Lindsay Hart, McClelland Irrevocable Grantor Trust, Quinn McClelland Hart, Lindsay McClelland, Agnes Carol McClelland and Ann Aghababian* |