# Exhibit 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| F-SQUARED INVESTMENT MANAGEMENT, LLC, *et al.*,[1] | Case No. 15-11469 (LSS) |
| Debtors. | (Jointly Administered) |
| CRAIG JALBERT, IN HIS CAPACITY AS TRUSTEE FOR F2 LIQUIDATING TRUST, | |
| Plaintiff, | Adv. No. 17-50758 (LSS) |
| vs. | |
| George McClelland, | |
| Defendant. | |

**ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO FILE AMENDED COMPLAINT**

Upon consideration of Plaintiff's[2] *Motion for Leave to File Amended Complaint* (the "Motion"); and adequate notice of the Motion having been given; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion; and after due deliberation;

---

[1]    The Debtor in these cases, along with the last four digits of its federal tax identification number, is: F-Squared Investment Management, LLC (9247). The Debtor's address is Verdolino & Lowey, P.C., 124 Washington Street, Suite 101, Foxboro, Massachusetts 02035, Attn: Craig R. Jalbert.

[2]    Capitalized terms shall have the meanings ascribed to them in Plaintiffs' Motion to Amend Complaint.

{00026592. }

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth below;

2. Plaintiff is authorized to file the Amended Complaint attached as "Exhibit 1" to the Motion.

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2019
       Wilmington, Delaware

                                        HONORABLE LAURIE SELBER SILVERSTEIN
                                        UNITED STATES BANKRUPTCY JUDGE