# Exhibit A

{00027401. }

| Defendant Name | Adversary Number |
|---|---|
| Adrienne Souza | 17-50716 |
| Agnes Carol McClelland | 17-50718 |
| Ann Aghababian | 17-50719 |
| Charles Hart | 17-50722 |
| Christine Martin | 17-50723 |
| David Souza | 17-50725 |
| F. Warren McFarlan | 17-50752 |
| Geordie McClelland | 17-50755 |
| George McClelland | 17-50758 |
| Graham Hart | 17-50767 |
| Hazel McClelland | 17-50772 |
| Joseph Miskel | 17-50776 |
| Jacquelyn McClelland | 17-50786 |
| John M. Weyand 2005 Trust | 17-50797 |
| Luiza Miranyan | 17-50798 |
| Jon F. Holsteen Declaration of Trust | 17-50799 |
| Jonathan Stern | 17-50802 |
| Rodrigo Franco Toso | 17-50819 |
| Keith Jarrett | 17-50848 |
| Lindsay Hart | 17-50849 |
| Lindsay McClelland | 17-50850 |
| McClelland Irrevocable Grantor Trust | 17-50854 |
| Millennium Trust Company, LLC | 17-50855 |
| MMF-NH LLC | 17-50856 |
| Paul Martin | 17-50858 |
| Quinn McClelland Hart | 17-50859 |
| Revocable Trust Agreement of Charles E Jacobs dated 1/28/00 | 17-50861 |
| Roberts Family 1998 Exempt Trust | 17-50863 |
| Sea View Investments LLC | 17-50865 |
| Thomas Roberts | 17-50866 |
| Thomas Littauer | 17-50870 |
| William Weyand | 17-50877 |