## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| F-SQUARED INVESTMENT MANAGEMENT, LLC, *et al.*,[1] | Case No. 15-11469 (LSS) |
| Debtors. | (Jointly Administered) |
| CRAIG JALBERT, IN HIS CAPACITY AS TRUSTEE FOR F2 LIQUIDATING TRUST, | |
| Plaintiff, | Adv. No. *See* Exhibit A |
| vs. | |
| Defendants Listed on Exhibit A, | |
| Defendants. | |

## **CERTIFICATE OF SERVICE**

I, Jason A. Gibson, hereby certify that, on January 10, 2020, I caused a copy of the

*Omnibus Reply Memorandum of Law in Further Support of Motion for Leave to File Amended Complaint* to be served via Email and First-Class Mail upon the parties listed

below:

Jeremy W. Ryan
R. Stephen McNeill
D. Ryan Slaugh
POTTER ANDERSON &
CORROON LLP
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE 19801
jryan@potteranderson.com
rmcneill@potteranderson.com
rslaugh@potterandercon.com

Joseph A. Foster
Scott H. Harris
MCLANE MIDDLETON,
PROFESSIONAL ASSOCIATION
900 Elm Street, P.O. Box 326
Manchester, NH 03105-0326
joseph.foster@mclane.com
scott.harris@mclane.com

---

[1] The Debtor in these cases, along with the last four digits of its federal tax identification number, is: F-Squared Investment Management, LLC (9247). The Debtor's address is Verdolino & Lowey, P.C., 124 Washington Street, Suite 101, Foxboro, Massachusetts 02035, Attn: Craig R. Jalbert.

{00027409. }

Christopher P. Simon
Kevin S. Mann
CROSS & SIMON, LLC
1105 North Market Street, Suite 901
P.O. Box 1380
Wilmington, Delaware 19899-1380
csimon@crosslaw.com
kmann@crosslaw.com

Eric D. Schwartz
Matthew O. Talmo
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899
eschwartz@mnat.com
mtalmo@mnat.com

Robert A. Badman, Esq.
Robert Szwajkos, Esq.
CURTIN & HEEFNER LLP
1040 Stony Hill Road, Suite 150
Yardley, PA 19067
rab@curtinheefner.com
rsz@curtinheefner.com

J. Mark Fisher
Walter C. Greenough
Jin Yan, pro hac vice
SCHIFF HARDIN LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
mfisher@schiffhardin.com
wgreenough@schiffhardin.com
jyan@schiffhardin.com

Dated: January 10, 2020
    Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Frederick B. Rosner (DE 3995)
Jason A. Gibson (DE 6091)
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
Email: rosner@teamrosner.com
     gibson@teamrosner.com

    -and-

BROWN RUDNICK LLP
William R. Baldiga, Esq.
Sunni P. Beville, Esq.
Sharon I. Dwoskin, Esq.
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
wbaldiga@brownrudnick.com
sbeville@brownrudnick.com
sdwoskin@brownrudnick.com

    -and-

{00027409. }

D. Cameron Moxley, Esq.
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
cmoxley@brownrudnick.com

*Counsel for the F2 Liquidating Trust*

{00027409. }